**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EDISON HERNAN FREIRE MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Cimarron Correctional Facility, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-2259-PRW |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On October 14, 2026, Magistrate Judge Chris M. Stephens issued a Report and Recommendation (Dkt. 14) recommending that the Court dismiss the Petition (Dkt. 1) as moot because Petitioner is no longer in custody.[1] Judge Stephens advised the parties of their right to object to the Report and Recommendation by October 28, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.

[1] R. & R. (Dkt. 14), at 1; Notice (Dkt. 13), at 1.

No party objected to the Report and Recommendation. In the absence of a timely objection, the Court reviews the Report and Recommendation to confirm that there is no plain error on the face of the record.[2] Having done so, the Court agrees with Judge Stephens's analysis and conclusions.

The Court **ADOPTS** the Report and Recommendation (Dkt. 14) and **DISMISSES** the Petition (Dkt. 1) as moot. Petitioner's Motion to Expedite Consideration (Dkt. 4) is moot.

**IT IS SO ORDERED** this 29th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").